December 27, 2010



MANWARING BUSINESS FORMS & SYSTEMS, INC.
8045 PINEBROOK DR
SAN ANTONIO, TEXAS 78230

J.T. NOBLIN, CLERK
UNITED STATES DISTRICT COURT
701 N. MAIN STREET, SUITE 216
HATTIESBURG, MS  39401

REF:  MOORE v IFC, 2:10 cv 86"

TO WHOM IT MAY CONCERN:

Our company, Manwaring Business Forms & Systems, Inc., is very proud of the fact that we paid in full every bit of what we owned International Filing Company, LLC

We are a very small company, six (6) employees, but we have a good reputation and have been in business for 23 years.

Again, we are paid in full to International Filing Company, LLC

Sincerely,

Constance P. Manwaring
CONSTANCE P. MANWARING
OWNER, MANWARING BUSINESS FORMS & SYSTEMS, INC.


cc: Mike Farrell, PLLC
    210 E. Capitol Street
    Regions Plaza, Suite 2180
    Jackson, MS, 39201

U.S. POSTAGE
PAID
SAN ANTONIO, TX
78249
DEC 27, 10
AMOUNT
$5.54
00030087-20

CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE

1000

39401

7002 0460 0000 0064 2328

J. T. Noblin, Clerk
United States District Court
701 N. Main St., Suite 216
Hattiesburg, MS 39401

39401833478

MANWARING BUSINESS FORMS & SYSTEMS,
8045 PINEBROOK DRIVE
SAN ANTONIO, TEXAS 78230-4814

ADDRESS SERVICE REQUESTED

RETURN RECEIPT
REQUESTED

RECEIVED
DEC 29 2010
Clerk, U.S. District Court
Southern District of Miss.