

Print Communications ✦ Document Management ✦ Promotional Products



December 27, 2010

J.T Noblin, Clerk
United States District Court
701 N. Main St., Suite 216
Hatties, MS   39401

This account has been paid in FULL.   Weekly payments were sent to :
                                      Commercial Collection Consultants
                                      2305 Ridge Rd., Suite 201
                                      Rockwall, Texas   75087

Contact person was Troy.

Thank you for taking care of this matter,

Marianne Lilienthal
Lilienthal Southeastern Printing
P.O. BOX 580
Cambridge, Ohio 43725

cc:   Mike Farrell

UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| LEE MOORE et al. | PLAINTIFF |
| v. | No. 2:10-cv-86-KS -MTP |
| INTERNATIONAL FILING COMPANY, LLC | DEFENDANT |
| LILIENTHAL/SOUTHEASTERN PRT | GARNISHEE DEFENDANT |

## WRIT OF GARNISHMENT

TO:  **Lilienthal/Southeastern Prt, 648 Wheeling Ave., Cambridge, OH  43725**

WHEREAS, (1) the United State District Court entered a judgment on November 23, 2010 in the amount of $1,173,062.94 against the defendant International Filing Company, LLC ("IFC"); (2) the judgment has not been satisfied, and (3) the plaintiffs have filed an application to a Writ of Garnishment to issued to Lilienthal/Southeastern Prt based on the suggestion that it is listed on the accounts receivable ledger with a balance due and owing to IFC.

**Lilienthal/Southeastern Prt** is therefore commanded to mail or hand deliver a written answer under oath to the Clerk of this Court admitting or denying (1) whether you are indebted to IFC now or at the time this Writ was served on you; and (2) if so indebted, state the amount of the debt to IFC.

The amount that you owe as identified above are now bound by a judgment lien of this Court, and must be held by you. You have two options regarding the held funds when you file your answer. The first option is to answer and hold the funds.  The second option is to pay any funds to the Clerk of the Court at the time you file an answer. If you hold any funds, the Court will later issue a Writ Attachment ordering you to pay those funds to the Clerk of the Court.

Your check should be (1) made payable to the "*Clerk of the Court,*" (2) reference "*Moore v IFC, 2:10 cv 86*" on the check, and (3) should be mailed to the clerk's address shown below.

If you fail to mail or deliver an answer within 30 days from the date this Writ is served on you, a judgment by default may be entered against you for the full amount of the $1,173,062.94 judgment.

Send a copy of your answer to the attorney for the plaintiffs: Mike Farrell, PLLC, 210 E. Capitol Street, Regions Plaza, Suite 2180, Jackson, MS, 39201.  If you have any questions, you can call him at 601-948-8030.

Witness my signature on December 22, 2010.

**J.T. Noblin, Clerk**
United States District Court
701 N. Main St., Suite 216
Hattiesburg, MS  39401

By _____
Deputy Clerk